**JELLISON LAW OFFICES, PLLC**
2020 North Central Avenue
Suite 670
Phoenix, Arizona 85004
Telephone: (602) 772-5520
Facsimile: (602) 772-5509
E-mail: jim@jellisonlaw.com

JAMES M. JELLISON, ESQ. #012763
Attorney for Defendants Pinal County and Pinal County Board of Supervisors

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SCOTT STROBEL; SUSAN STROBEL; RYAN STROBEL; LARRY STROBEL; and LOGAN STROBEL, A Minor, by and through his next friend, SCOTT STROBEL,<br><br>Plaintiffs,<br><br>vs.<br><br>PINAL COUNTY; THE PINAL COUNTY BOARD OF SUPERVISORS; M. LANDO VOYLES; PAUL BABEU; SHAWN WILSON; TIM GAFFNEY; DOES I-XX and BLACK & WHITE CORPORATIONS I-V,<br><br>Defendants. | Case No.:<br><br><br><br>**NOTICE OF REMOVAL OF ACTION FROM STATE COURT** |

To the Clerk of the above entitled Court:

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§1331, 1441 and 1446 and U.S. District Court Local Rule 3.6, Defendants Pinal County and the Pinal County Board of

1

Supervisors[1] hereby notice the removal of the above-captioned case from the Arizona Superior Court, County of Pinal, to this Court and in support thereof respectfully show:

1. Defendants received the First Amended Complaint in the state court action on or about May 12, 2017. Copies of such are attached hereto as Exhibit "A" and incorporated herein by reference. Copies of State Court records, which include the Original Complaint, Defendants' Motion to Dismiss, and Plaintiffs' Response to Motion to Dismiss, are attached hereto as Exhibit "B."

2. This Notice of Removal is being filed within thirty days after receipt of the First Amended Complaint, which state federal claims for the first time in the underlying state court action, and is timely filed under 28 U.S.C. §1446(b).

3. The time for Defendants to answer or move with respect to the First Amended Complaint has not expired; Defendants have not answered or otherwise responded to the First Amended Complaint. Although Defendants filed a Motion to Dismiss in response to Plaintiffs' Original Complaint, the inclusion of federal law claims will necessitate the filing of a new Motion to Dismiss.

4. Upon information and belief, Plaintiffs are residents of the State of Arizona.

5. A copy of the Notice has been filed with the Pinal County Clerk of the Superior Court.

---

[1] Upon information and belief, named Defendants M. Lando Voyles, Paul Babeu, Shawn Wilson, and Tim Gaffney have not yet been served with the First Amended Complaint and, therefore, have not yet been joined as parties.

6. This is a civil action in which Plaintiff appears to alleges causes of action pursuant to 42 U.S.C. §§1983, 1985, and 1988 under the First, Fourth, Fifth and Fourteenth Amendments to the U.S. Constitution, as well as allegedly pendent state law claims for abuse of process, malicious prosecution, defamation, false light invasion of privacy, intentional infliction of emotional distress, negligent infliction of emotional distress, negligence, negligence *per se*, aiding and abetting tortious conduct, and constructive discharge.

WHEREFORE, Defendants Pinal County and the Pinal County Board of Supervisors request the above-entitled action now pending in the Superior Court of the State of Arizona, in and for the County of Pinal, be removed to this Court and that all further proceedings in this action be conducted in this Court as provided by law, and as a Phoenix Precinct matter pursuant to LRCiv. 77.1.

DATED this 23rd day of May, 2017.

JELLISON LAW OFFICES, PLLC

By: s/James M. Jellison_____
James M. Jellison
*Attorney for Defendants Pinal County and the Pinal County Board of Supervisors*

I hereby certify that on May 23, 2017,
I electronically transmitted the attached document
to the Clerk's Office using the
CM/ECF System for filing.

COPY mailed same date to:

Matthew S. Long
ROWLEY LONG & SIMMONS, PLLC
3707 East Southern Avenue, Ste. 1103
Mesa, AZ 85206
*Attorneys for Plaintiffs*

s/Kasey M. Rivera_____