UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | Scott Strobel ; Susan Strobel ; Ryan Strobel ; Larry Strobel ; Strobel Logan | **Defendant(s):** | , Pinal County; , Pinal County Board of Supervisors; Lando Voyles ; Paul Babeu ; Shawn Wilson ; Tim Gaffney ; , Does I-XX; , Black & White Corporations I-V |

County of Residence: Pinal

County Where Claim For Relief Arose: Pinal

County of Residence: Pinal

Plaintiff's Atty(s):

**Matthew S. Long , Attorney** (Scott Strobel ; Susan Strobel ; Ryan Strobel ; Larry Strobel ; Strobel Logan )
**Rowley Long & Simmons, PLLC**
**3707 East Southern Ave. Ste. 1103**
**Mesa, Arizona  85206**

Defendant's Atty(s):

**James M. Jellison , Attorney** ( , Pinal County; , Pinal County Board of Supervisors)
**Jellison Law Offices, PLLC**
**2020 North Central Avenue, Ste. 670**
**Phoenix, Arizona  85004**
**602-772-5520**

**REMOVAL FROM PINAL COUNTY, CASE #CV 2017- 00435**

II. Basis of Jurisdiction:        3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin :        **2. Removed From State Court**

V. Nature of Suit:        **440 Other Civil Rights**

<u>VI. Cause of Action:</u>   **42 U.S.C. sections 1983 and 1988**

<u>VII. Requested in Complaint</u>

Class Action: **No**
Dollar Demand:
Jury Demand: **No**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>s/ James M. Jellison</u>

**Date:** <u>5/24/2017</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**