WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Strobel, et al., | No. CV-17-01578-PHX-ESW |
| Plaintiffs, | **ORDER** |
| v. | |
| Pinal County Sheriff's Office, et al., | |
| Defendants. | |

On March 8, 2018, the Court issued an Order (Doc. 24) granting in part and denying in part Defendants' Motion to Dismiss (Doc. 14). Thirty days later, on April 9, 2018, Plaintiffs move for reconsideration of that Order. (Doc. 27).

Local Rule of Civil Procedure 7.2(g)(2) provides that "[a]bsent good cause shown, any motion for reconsideration shall be filed not later than fourteen (14) days after the date of the filing of the Order that is the subject of the motion." The Court does not find that Plaintiffs have shown good cause for filing the Motion for Reconsideration (Doc. 27) more than fourteen days after the Court issued its Order (Doc. 24). The Motion (Doc. 27) therefore will be denied as untimely. Moreover, the Court notes that Plaintiff has timely filed a Second Amended Complaint (Doc. 26) reasserting the claims dismissed without prejudice in the Court's Order (Doc. 24).

Accordingly,

**IT IS ORDERED** denying Plaintiffs' Motion for Reconsideration (Doc. 27).

Dated this 12th day of April, 2018.

_____
Eileen S. Willett
United States Magistrate Judge