WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Strobel, et al., | No. CV-17-01578-PHX-ESW |
| Plaintiffs, | **ORDER** |
| v. | |
| Pinal County Sheriff's Office, et al., | |
| Defendants. | |

On May 8, 2018, the Court granted Defendants' "Motion to Stay Proceedings Pending Outcome of Interlocutory Appeal" (Doc. 31). (Doc. 39). The Court subsequently ordered Defendants' "Partial Motion to Dismiss Second Amended Complaint" (Doc. 33) and Defendants' "Motion for A.R.S. § 12-821.01(G) Hearing" (Doc. 34) withdrawn with leave to refile once the interlocutory appeal has concluded. (Doc. 41). The docket reflects that the appellate proceeding has been voluntarily dismissed pursuant to the parties' stipulation. (Doc. 43). Accordingly,

**IT IS ORDERED** lifting the stay in this matter.

**IT IS FURTHER ORDERED** that the deadline for refiling Defendants' "Partial Motion to Dismiss Second Amended Complaint" (Doc. 33) and Defendants' "Motion for A.R.S. § 12-821.01(G) Hearing" (Doc. 34) is **April 1, 2019**.

Dated this 8th day of March, 2019.

_____
Eileen S. Willett
United States Magistrate Judge